# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:10-cr-00523-LDG |
| v. | **ORDER** |
| CARLOS MURILLO-SIGALA | |
| Defendant. | |

For good cause shown,

THE COURT **ORDERS** that Defendant's *pro se* application for leave to proceed in forma pauperis (#35) and petition pursuant to 18 U.S.C. §3584(a) for sentence to run concurrently (#36) are DENIED as moot.

DATED this ___8___ day of April, 2014.

_____
Lloyd D. George
United States District Judge